# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE**<br>CICVARA, PREDRAG<br><br>VS.<br><br>GILLETTE COMPANY et al | **DISTRICT**<br>CONNECTICUT | **DOCKET NUMBER**<br>3: 9. CV- 2054 (JCH)(HF) |
| | **JUDGE**<br>HALL | **APPELLANT**<br>CICVARA, PREDRAG |
| | **COURT REPORTER**<br>– – N/A | **COUNSEL FOR APPELLANT**<br>Igor I. Sikorsky, Jr.,P.C. |

| | |
|---|---|
| Check the applicable provision:<br><br>☐ **I am ordering a transcript.**<br><br>☒ **I am not ordering a transcript**<br><br>Reason for not ordering a transcript:<br>☒ **Copy is already available**<br><br>☐ **No transcribed proceedings**<br><br>☐ **Other** (Specify in the space below): | **PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.)<br><br><br><br><br>**METHOD OF PAYMENT**  ☐ Funds    ☐ CJA Voucher (CJA 21) |
| **INSTRUCTIONS TO COURT REPORTER:**<br><br>☐ **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**<br><br>☐ **PREPARE TRANSCRIPT OF TRIAL**<br><br>☐ **PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS**<br><br>☐ **OTHER** (Specify in the space below): | **DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE) |

**I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript.** *See* **FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.**

| **COUNSEL'S SIGNATURE** *[signature]* | **DATE**<br>January 19, 2012 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| **DATE ORDER RECEIVED** | **ESTIMATED COMPLETION DATE** | **ESTIMATED NUMBER OF PAGES** |
|---|---|---|
| **SIGNATURE OF COURT REPORTED** | | **DATE** |