# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
## CIVIL APPEAL PRE-ARGUMENT STATEMENT (FORM C)

1. SEE NOTICE ON REVERSE.    2. PLEASE TYPE OR PRINT.    3. STAPLE ALL ADDITIONAL PAGES

| Case Caption: | District Court or Agency: | Judge: |
|---|---|---|
| CICVARA, PREDRAG vs. GILLETTE COMPANY et al | CONNECTICUT | Judge HALL |
| | Date the Order or Judgment Appealed from was Entered on the Docket: DECEMBER 13, 2011 | District Court Docket No.: 3:9-CV-2054(JCH) (HF) |
| | Date the Notice of Appeal was Filed: JANUARY 19, 2012 | Is this a Cross Appeal? ☐ Yes ☒ No |

| Attorney(s) for Appellant(s): ☒ Plaintiff ☐ Defendant | Counsel's Name: Igor I. Sikorsky, Jr., P.C. | Address: P.O. Box 38 - Unionville, CT 06085 | Telephone No.: (860)675-5313 | Fax No.: (860)675-7104 | E-mail: Igorbox38@hotmail.com |
|---|---|---|---|---|---|
| Attorney(s) for Appellee(s): ☐ Plaintiff ☒ Defendant | Counsel's Name: | Address: | Telephone No.: | Fax No.: | E-mail: |

| Has Transcript Been Prepared? Yes to extent to be used | Approx. Number of Transcript Pages: — | Number of Exhibits Appended to Transcript: 4 | Has this matter been before this Circuit previously? ☐ Yes ☒ No<br>If Yes, provide the following:<br>Case Name:<br>2d Cir. Docket No.:   Reporter Citation: (i.e., F.3d or Fed. App.) |
|---|---|---|---|

ADDENDUM "A": COUNSEL MUST ATTACH TO THIS FORM: (1) A BRIEF, BUT NOT PERFUNCTORY, DESCRIPTION OF THE NATURE OF THE ACTION; (2) THE RESULT BELOW; AND (3) A COPY OF ALL RELEVANT OPINIONS/ORDERS FORMING THE BASIS FOR THIS APPEAL, INCLUDING TRANSCRIPTS OF ORDERS ISSUED FROM THE BENCH OR IN CHAMBERS.

ADDENDUM "B": COUNSEL MUST ATTACH TO THIS FORM A LIST OF THE ISSUES PROPOSED TO BE RAISED ON APPEAL, AS WELL AS THE APPLICABLE APPELLATE STANDARD OF REVIEW FOR EACH PROPOSED ISSUE.

## PART A: JURISDICTION

| 1. Federal Jurisdiction | 2. Appellate Jurisdiction |
|---|---|
| ☐ U.S. a party    ☒ Diversity | ☒ Final Decision    ☐ Order Certified by District Judge (i.e., Fed. R. Civ. P. 54(b)) |
| ☐ Federal question (U.S. not a party)    ☐ Other (specify): _____ | ☐ Interlocutory Decision Appealable As of Right    ☐ Other (specify): _____ |

**IMPORTANT. COMPLETE AND SIGN REVERSE SIDE OF THIS FORM.**

FORM C (Rev. March 2005)

| PART B: DISTRICT COURT DISPOSITION (Check as many as apply) |||
|---|---|---|
| 1. Stage of Proceedings | 2. Type of Judgment/Order Appealed | 3. Relief |
| ☒ Pre-trial<br>☐ During trial<br>☐ After trial | ☐ Default judgment ☐ Judgment / Decision of the Court<br>☐ Dismissal/jurisdiction<br>☐ Dismissal/merit ☐ Jury verdict<br>☒ Summary judgment ☐ Judgment NOV<br>☐ Declaratory judgment ☐ Directed verdict<br>☐ Other (specify): | ☐ Damages:     ☐ Injunctions:<br>✓ Sought: $ _____    ☐ Preliminary<br>__ Granted: $ _____    ☐ Permanent<br>__ Denied: $ _____    ☐ Denied |

| PART C: NATURE OF SUIT (Check as many as apply) ||||
|---|---|---|---|
| 1. Federal Statutes | 2. Torts | 3. Contracts | 4. Prisoner Petitions |
| ☐ Antitrust   ☐ Communications   ☐ Freedom of Information Act<br>☐ Bankruptcy   ☐ Consumer Protection   ☐ Immigration<br>☐ Banks/Banking   ☐ Copyright ☐ Patent   ☐ Labor<br>☐ Civil Rights   ☐ Trademark   ☐ OSHA<br>☐ Commerce,   ☐ Election   ☐ Securities<br>☐ Energy   ☐ Soc. Security   ☐ Tax<br>☐ Commodities   ☐ Environmental<br>☒ Other (specify): ERISA | ☐ Admiralty/<br>   Maritime<br>☐ Assault /<br>   Defamation<br>☐ FELA<br>☐ Products Liability<br>☐ Other (Specify): | ☐ Admiralty/<br>   Maritime<br>☐ Arbitration<br>☐ Commercial<br>☒ Employment<br>☐ Insurance<br>☐ Negotiable<br>   Instruments<br>☐ Other Specify | ☐ Civil Rights<br>   Habeas Corpus<br>☐ Mandamus<br>☐ Parole<br>☐ Vacate Sentence<br>☐ Other |
| 5. Other<br>☐ Forfeiture/Penalty<br>☐ Real Property<br>☐ Treaty (specify): _____<br>☐ Other (specify): _____ | 6. General<br>☐ Arbitration<br>☐ Attorney Disqualification<br>☐ Class Action<br>☐ Counsel Fees<br>☐ Shareholder Derivative<br>☐ Transfer || 7. Will appeal raise constitutional issue(s)?<br>   ☐ Yes     ☒ No<br><br>Will appeal raise a matter of first impression?<br><br>   ☐ Yes     ☒ No |

1. Is any matter relative to this appeal still pending below?    ☐ Yes, specify: _____    ☒ No

2. To your knowledge, is there any case presently pending or about to be brought before this Court or another court or administrative agency which:
   (A) Arises from substantially the same case or controversy as this appeal?    ☐ Yes    ☒ No
   (B) Involves an issue that is substantially similar or related to an issue in this appeal?    ☐ Yes    ☒ No

If yes, state whether ☐ "A," or ☐ "B," or ☐ both are applicable, and provide in the spaces below the following information on the *other* action(s):

| Case Name: | Docket No. | Citation: | Court or Agency: |
|---|---|---|---|
| | | | |

Name of Appellant:

Date: JAN. 19, 2012     Signature of Counsel of Record: [signature]

## NOTICE TO COUNSEL

Once you have filed your Notice of Appeal with the District Court or the Tax Court, you have only ten (10) calendar days in which to complete the following important steps:

1. Complete this Civil Appeal Pre-Argument Statement (Form C); serve it upon all parties, and file an original and one copy with the Clerk of the Second Circuit.
2. File an original and one copy of the Court of Appeals Transcript Information/Civil Appeal Form (Form D) with the Clerk of the Second Circuit.
3. Pay the $255 docketing fee to the Clerk of the United States District Court, unless you are authorized to prosecute the appeal without payment.

**PLEASE NOTE:** IF YOU DO NOT COMPLY WITH THESE REQUIREMENTS WITHIN TEN (10) CALENDAR DAYS, YOUR APPEAL WILL BE DISMISSED. *SEE* THE CIVIL APPEALS MANAGEMENT PLAN OF THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT.

FORM C (Rev. March 2005)

# ADDENUM A

1) Description of action: Plaintiff brought an action stating he was wrongfully divested from stock options.

2) The Court for the District of Connecticut (J. Hall) granted the defendants motion for the Summary Judgment.

3) Copy of the ~~option~~ Opinion below is attached.

# APPENDUM B

1) The "plan" of the defendant provided that stock options could be divested if actions of the optionee (plaintiff herein) "materially and demonstratively" injured [~~in-juried~~] the defendant. The options were divested with absolutely no evidence of a "material and demonstratable" effect on the defendant, thus effecting an "arbitratable and capricians" ruling.

2) Whether the actions of the defendant were arbitrary and capricions in that they were made totally without a scintilla of evidence to support the divesture of stock options?.

3) Whether ERISA gave an unlimited blank check to Gillette?.

4) Whether the actions of the defendant violated the terms and provisions of ERISA?

5) Whether the actions of the defendant were motivated by lies and malice in violation to their statutory and contractual duty to determine in good faith?

6) Whether the actions of the defendant were contrary to the constitutional mandates ?

Respectfully submitted

*[signature]*
Igor I. Sikorsky, Jr.
P.O. Box 38
Unionville, CT 06085
(860) 675-5313
Fed. Bar No.:04233