# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

## MOTION INFORMATION STATEMENT

**Docket Number(s)**: 12-338

Caption [use short title]

**Motion for:** Extend Time to File Brief and Joint Appendix

CICVARA v GILLETTE

Set forth below precise, complete statement of relief sought:

Plaintiff moves this Court for a schedule that sets

July 30, 2012, for filing of Plaintiff's Brief and Joint

Appendix.

| | |
|---|---|
| **MOVING PARTY:** CICVARA | **OPPOSING PARTY:** GILLETTE |
| ☑ Plaintiff        ☐ Defendant | |
| ☑ Appellant/Petitioner   ☐ Appellee/Respondent | |

**MOVING ATTORNEY:** Igor I. Sikorsky, Jr.     **OPPOSING ATTORNEY**: Kristina McAvoy

[name of attorney, with firm, address, phone number and e-mail]

Igor I. Sikorsky, Jr. Law Office of Igor I. Sikorsky, Jr., P.     Kristina McAvoy, Seyfarth Shaw LLP
P.O. Box 38     131 South Dearborne Street, Suite 2400
Unionville, CT 06085     Chicago, IL 60603-5577
(860) 675-5313  Email: igorbox38@hotmail.com     (312) 460-5000

Court-Judge/Agency appealed from: US DISTRICT COURT OF CONNECTICUIT  3:09-cv-02054-JCH

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☑ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

Is oral argument on motion requested?          ☐ Yes ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?          ☐ Yes ☑ No  If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?          ☐ Yes ☐ No
Has this relief been previously sought in this Court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

**Signature of Moving Attorney:**
/S/ _____ **Date:** July 3, 2012          Has service been effected?  ☑ Yes ☐ No [Attach proof of service]

---

## ORDER

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED  DENIED**.

**FOR THE COURT:**
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____          By: _____

**Form T-1080**