_____

**Predrag Cicvara,**

                                         **Docket Number: 12-338**

**Plaintiff-Appellant,**

**v.**

**Proctor & Gamble Co., Duracell, Lynne Burnett,**

**Defendants,**

**and**

**Gillette Co., proctor & Gamble Co., Inc.,**

                                         **July 3, 2012**

**Defendants-Appellees.**

_____

## AFFIDAVIT IN SUPPORT OF RENEWED MOTION TO EXTEND TIME TO FILE BRIEF AND JOINT APPENDIX

1. This is a <u>renewed</u> motion concerning the scheduling of Appellate Brief and Appendix.

2. Counsel is fully aware that the present motion was marked as "final."

3. The original motion for extension of time to perfect the appeal requested an extension concerning the Brief for two weeks after the ruling on the motion and four (4) weeks for the filing of the Appendix.

4. The Court's ruling on this motion was received three days before the expiration of time.

5. The defendant's portion of the Appendix was not received until June 28, 2012.

6. It was <u>totally impossible</u> to meet the renewed scheduling order.

7. In light of the summer recess any extension requested by Plaintiff-Appellant can in no

way adverse the Court's schedule or the Defendant-Appellee.


Respectfully Submitted


Plaintiff-Appellant

By _____S/_____
Igor I. Sikorsky, Jr.
P.O. Box 38
Unionville, CT 06085
(860) 675-5313
Federal Bar # 04233

I, Igor I. Sikorsky, affirm that the material set forth herein is True.


_____S/_____
Igor I. Sikorsky, Jr.

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was faxed to:

Attorney Kristina McAvoy
Sayfarth Shaw LLP
131 South Dearborn Street,
Suite 2400
Chicago, IL 60603-5577
Fax: 312-460-7000

_____S/_____
Igor I. Sikorsky, Jr.