# No. 12-338

IN THE UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

---

**PREDRAG CICVARA,**

    Plaintiff-Appellant,

    v.

**PROCTER & GAMBLE CO., DURACELL, LYNNE BURNETT,**

    Defendants,

    and

**GILLETTE CO., PROCTER & GAMBLE CO., INC.**

    Defendants-Appellees

---

### DECLARATION OF RICHARD B. LAPP IN SUPPORT OF DEFENDANTS-APPELLEES' VERIFIED BILL OF COSTS

I, Richard B. Lapp, declare pursuant to 28 U.S.C. § 1746(b) as follows:

1. I am a Partner in the Chicago office of Seyfarth Shaw LLP and one of the attorneys who represents Defendants-Appellees Gillette Co. and Procter & Gamble Co., Inc. ("Gillette") in this appeal. I make this Declaration based on my personal knowledge and I am competent to testify to the matters set forth herein, if

asked to so testify. I provide this Declaration to verify the amounts set forth in Gillette's Verified Bill Of Costs, which Gillette files simultaneously with this Declaration.

2. On January 19, 2012, appellant filed his Notice of Appeal in this matter with the U.S. District Court for the District of Connecticut. (*Cicvara v. Gillette Co.*, No. 3:09-cv-02054-JCH (D. Conn.), Dkt. #101.) Subsequently, on February 1, 2012, this Court instructed the parties to file "three additional paper copies of the Appendix and/or Joint Appendix" when "the Appendix or Joint Appendix is filed" (the "February 2012 Order"). (Dkt. #23.)

3. On May 2, 2012, the parties in this case agreed that they each would pay for the required appendices "on a prorated basis" (the "May 2012 Agreement"). (Ex. A hereto.)

4. On July 23, 2012, appellant filed his opening brief, the parties' special appendix, and the parties' joint appendix. (Dkt. ##56-59.) Appended hereto as Exhibit B is a true and correct copy of the invoice that AppealTech, the printing company selected by appellant, provided to counsel to Gillette that detailed the costs associated with appellant's filings. As Exhibit B details, the total cost of printing the joint and special appendices was $6,712.64. The $6,712.64 amount includes a line item for shipping via FedEx ($237.64), which is not a recoverable cost under the Federal Rules of Appellate Procedure. The recoverable amount

therefore stands at $6,475.00. Gillette has paid that full amount. However, per the parties' May 2012 Agreement, Gillette is due half of that amount: $3,237.50.

5. On August 24, 2012, Gillette filed its brief in response to appellant's opening brief. (Dkt. #72.) Appended hereto as Exhibit C is a true and correct copy of the invoice that PrintingHousePress provided to counsel for Gillette, detailing the cost of printing the brief in response. As Exhibit C details, the total cost of printing was $447.64. The $447.64 amount includes line items for shipping via U.S. Mail ($7.65) and for service and filing ($75.00), which are not recoverable costs under the Federal Rules of Appellate Procedure. The recoverable amount therefore stands at $364.99, which Gillette has paid.

6. Appellant did not file a brief in reply in this matter.

7. Based on the costs detailed above, Gillette is entitled to recover $3,602.49 ($3,237.50 + $364.99 = $3,602.49).

I declare under perjury of the laws of the United States of America that the foregoing is true and correct.

**DATED** this 21st day of February, 2013:   By:  /s/ Richard B. Lapp

    Richard B. Lapp
    SEYFARTH SHAW LLP
    131 South Dearborn Street
    Suite 2400
    Chicago, Illinois  60603
    (312) 460-5000
    (312) 460-7000 (fax)

# EXHIBIT A

# SEYFARTH
### ATTORNEYS
# SHAW LLP

131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000
fax (312) 460-7000
www.seyfarth.com

Writer's direct phone
(312) 460-5914

Writer's e-mail
rlapp@seyfarth.com

Writer's direct fax
(312) 460-7914

May 2, 2012

**VIA FIRST CLASS MAIL**
**AND FAX (860) 675-7104**

Igor I. Sikorsky, Jr., P.C.
Law Office of Igor I. Sikorsky
P.O. Box 38
Unionville, CT 08085

    Re:   *Cicvara v. The Gillette Company*
            U.S.D.C., D.Conn., Civil Action No. 3:09-CV-2054 (JCH)

Dear Mr. Sikorsky:

In response to your letter of May 1, 2012, this letter will confirm that we will stand unopposed to a motion to extend time for filing the Joint Appendix until June 1, 2012.

I also confirm that we will honor the standing agreement to pay for the appendix on a prorated basis.

Thank you for your professional courtesy.

                          Very truly yours,

                          SEYFARTH SHAW LLP

                          Richard B. Lapp

RBL:ls
cc:    Camille A. Olson

14424137v.1

LONDON | WASHINGTON, D.C. | SAN FRANCISCO | SACRAMENTO | NEW YORK | LOS ANGELES | HOUSTON | CHICAGO | BOSTON | ATLANTA

THIS LETTERHEAD IS PRINTED ON RECYCLED STOCK

# EXHIBIT B

Case 12-338, Document 88-2, 02/21/2013, 852316, Page6 of 9

# AppealTech

7 West 36th Street, 10th Floor
New York, New York 10018

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2012 | 12-07-122B |

**Bill To**

Nathan Kipp, Esq.
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603

| P.O. No. | Terms | Due Date | FED.TAX ID | REP | CASE NAME |
|---|---|---|---|---|---|
| 20093 | Net 30 | 8/30/2012 | 20-2475416 | DR | Cicvara v. Gillette Co., et al. |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Service & Filing Date: 7/23/12 | | | |
| JOINT APPENDIX | | | |
| 9 Copies - 852/870 Pages @ $4.00 | 852 | 4.00 | 3,408.00 |
| Each Additional Volume of Typeset Covers - Printing & Perfect Binding Included - 2 Vols. @ $100 | 2 | 100.00 | 200.00 |
| Typeset Table of Contents - Paralegal Time Included - 7/8 Pages @ $90 | 7 | 90.00 | 630.00 |
| Cross Referencing of Documents - 15 Docs. @ $20.00 | 15 | 20.00 | 300.00 |
| 9 Original Color Copies - 65 Copies @ $2.00 | | 1,170.00 | 1,170.00 |
| Electronic Document Preparation - 852 Pages @ $.50 | 852 | 0.50 | 426.00 |
| | | | |
| SPECIAL APPENDIX | | | |
| 9 Copies - 28 Pages @ $4.00 | 28 | 4.00 | 112.00 |
| Typeset Covers - Printing & Perfect Binding Included - 1 Vol. @ $125 | 1 | 125.00 | 125.00 |
| Typeset Table of Contents - Paralegal Time Included - 1 Page @ $90 | 1 | 90.00 | 90.00 |
| Electronic Document Preparation - 28 Pages @ $.50 | 28 | 0.50 | 14.00 |
| | | | |
| Federal Express Charge to Client | | 237.64 | 237.64 |
| | | | |
| Sub-Total Taxable | | | 6,712.64 |

Accounts forwarded to collections will be assessed a 25% processing fee.

| | |
|---|---|
| **Total** | **$6,712.64** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$6,712.64** |

Payable to Z & J LLC dba APPEALTECH TIN#20-2475416
TO ASSIST YOU AND YOUR CLIENT, WE NOW ACCEPT MAJOR CREDIT CARDS.
Tel: 212-213-3222 Fax: 212-213-4133 e-mail: mail@appealtech.com

# EXHIBIT C



**PrintingHousePress**
10 East 39th Street, 7th Floor
New York, NY 10016
Phone: (212) 719-0990   Fax: (212) 398-9253

To:   Nathan Kipp, Esq.
      Seyfarth Shaw LLP
      620 Eighth Avenue, 21st Floor
      New York, NY 10018

# Invoice #32652

*Please refer to invoice number with Payment*

*If this invoice is being forwarded to a third party for payment, e.g., Insurance Carrier, Law Firm, Client, etc., then please cc: to ar@phpny.com. Thank you.*

| Invoice Date | Net Terms | Appellate Consultant | Court |
|---|---|---|---|
| 8/24/2012 | Net 30 Days | Paul LaMar | Court of Appeals for the 2nd. Circuit |

**Predrag Cicvara v. Gillette Co.**
**Appellee's Brief**

| Quantity | Description | Unit Price | Total |
|---|---|---|---|
| 44 | Brief Pages - 11 Copies (includes covers & binding) @ | 7.47 | 328.50 |
| 1 | Service and Filing (1st party only) @ | 75.00 | 75.00 |
| 1 | U.S. Mail/Handling(s) @ | 7.65 | 7.65 |

**File Number:**

| | |
|---|---|
| Subtotal: | 411.15 |
| Sales Tax: | 36.49 |
| Total Invoice Amount: | 447.64 |
| Payment Received: | 0.00 |
| **Total Amount Due:** | **447.64** |

**Please remit payment by:  9/23/2012**

Tax ID: 13-3771850

8246 Paul LaMar  51286  (212) 218-5500          Page 1 of 1