**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500**

**MOTION INFORMATION STATEMENT**

**Docket Number(s)**: _____     Caption [use short title] _____

**Motion for:** _____

Set forth below precise, complete statement of relief sought:

_____

_____

_____

_____

**MOVING PARTY:** _____     **OPPOSING PARTY:** _____
    □ Plaintiff       □ Defendant
    □ Appellant/Petitioner    □ Appellee/Respondent

**MOVING ATTORNEY:** _____     **OPPOSING ATTORNEY**: _____
          [name of attorney, with firm, address, phone number and e-mail]

_____    _____

_____    _____

_____    _____

_____    _____

Court-Judge/Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
    □ Yes □ No (explain): _____

_____

Opposing counsel's position on motion:
    □ Unopposed □ Opposed □ Don't Know
Does opposing counsel intend to file a response:
    □ Yes □ No □ Don't Know

Is oral argument on motion requested?    □ Yes  □ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    □ Yes  □ No  If yes, enter date:_____

**Signature of Moving Attorney:**
_____**Date:** _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has request for relief been made below?    □ Yes  □ No
Has this relief been previously sought in this Court?    □ Yes  □ No
Requested return date and explanation of emergency:_____

_____

_____

Has service been effected?  □ Yes  □ No [Attach proof of service]

---

**ORDER**

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED  DENIED**.

        **FOR THE COURT:**
         CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____     By: _____

**Form T-1080**