# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

**Docket Number(s)**: _____    Caption [use short title] _____

**Motion for:** _____

Set forth below precise, complete statement of relief sought:

_____
_____
_____
_____
_____

**MOVING PARTY:** _____    **OPPOSING PARTY:** _____
☐ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ☐ Appellee/Respondent

**MOVING ATTORNEY:** _____    **OPPOSING ATTORNEY**: _____
[name of attorney, with firm, address, phone number and e-mail]

_____    _____
_____    _____
_____    _____

Court-Judge/Agency appealed from: _____

**Please check appropriate boxes:**    **FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has movant notified opposing counsel (required by Local Rule 27.1):    Has request for relief been made below?    ☐ Yes    ☐ No
☐ Yes    ☐ No (explain): _____    Has this relief been previously sought in this Court?    ☐ Yes    ☐ No
Requested return date and explanation of emergency: _____

Opposing counsel's position on motion:
☐ Unopposed    ☐ Opposed    ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes    ☐ No    ☐ Don't Know

Is oral argument on motion requested?    ☐ Yes    ☐ No    (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes    ☐ No    If yes, enter date:_____

**Signature of Moving Attorney:**
_____ **Date:** _____    Has service been effected?    ☐ Yes    ☐ No [Attach proof of service]

---

# **ORDER**

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED  DENIED**.

**FOR THE COURT:**
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____    By: _____

**Form T-1080**