# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of March, two thousand and thirteen.

Before:   Ralph K. Winter,
          Rosemary S. Pooler,
          Denny Chin,
              *Circuit Judges*.

_____

Predrag Cicvara,

Plaintiff-Appellant,

v.                                                                       **ORDER**
                                                                         Docket No. 12-338

Gillette Co, Proctor & Gamble Co., Inc,

Defendants-Appellees.

_____

IT IS HEREBY ORDERED that the motion by the appellant for the Court to retain jurisdiction and to stay the mandate is DENIED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

