# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

   At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of March, two thousand and thirteen.

Before:   Rosemary S. Pooler,
       *Circuit Judge.*

_____

Predrag Cicvara,

   Plaintiff - Appellant,

         v.

Gillette Co, Proctor & Gamble Co., Inc,

   Defendants - Appellees.

_____

         **ORDER**
         Docket No. 12-338

   Appellant has filed a motion to seal the file in this appeal, including the summary order. IT IS HEREBY ORDERED that the motion is GRANTED.

        For the Court:

        Catherine O'Hagan Wolfe,
        Clerk of Court

