# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of March, two thousand and thirteen.

Before:         Rosemary S. Pooler,
                        *Circuit Judge.*

_____

Predrag Cicvara,

             Plaintiff - Appellant,

                   v.

Gillette Co, Proctor & Gamble Co., Inc,

             Defendants - Appellees.

_____

**ORDER**
Docket No. 12-338

By order dated March 20, 2013, appellant's motion to seal the file in this case was granted.

IT IS HEREBY ORDERED that the March 20, 2013 order is vacated. Appellant's motion is granted to the extent that the Summary Order issued on February 7, 2013 is sealed. The Clerk is directed to docket a redacted version of the Summary Order on this date *nunc pro tunc* to February 7, 2013.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

