UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of April, two thousand and thirteen.

_____

Predrag Cicvara,

Plaintiff-Appellant,

v.

Gillette Co., Proctor & Gamble Co., Inc.,

Defendants-Appellees.

_____

**STATEMENT OF COSTS**
Docket No. 12-338

IT IS HEREBY ORDERED that costs are taxed in the amount of $2,018.20 in favor of the defendants-appellees.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

